UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 3:03 CR 164 (CFD) |
| v. : | |
| : | |
| YOLANDA SILVERIO : | |

**ORDER TO SHOW CAUSE**

Pending is the defendant's Motion to Vacate Under 28 U.S.C. § 2255 [**Document #32**]. It is **ORDERED** that the defendant file a status report no later than June 28, 2005, as to the status of her incarceration and whether her Motion to Vacate is now moot. If the defendant fails to update the Court as to her status, the Motion to Vacate will be dismissed without further notice.

There shall be no extensions of time for compliance, except for good cause shown which means events that are unforeseeable and beyond the control of any of the parties.

SO ORDERED this ___2nd___ day of June 2005, at Hartford, Connecticut.

_____/s/ CFD_____
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**