Form 12B

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. YOLANDA SILVERIO                                      Docket No. 3:03CR00164(CFD)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

FILED
2005 JUN 29 P 2: 51

**COMES NOW,** Jennifer Amato, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Yolanda Silverio who was sentenced to 10 months imprisonment for a violation of 18 U.S.C.§ 1341, Mail Fraud by the Honorable Christopher F. Droney sitting in the court in Hartford, Connecticut, Connecticut on January 6,2004. On July 23, 2004 Ms. Silverio was found in violation of supervised release and was revoked. At that time, the Court imposed a sentence of 6 months imprisonment followed by 2 years supervised release and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: 1)the defendant shall make restitution in the amount of $125,003 at the monthly rate of $500; 2) the defendant is prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the defendant is in compliance with the payment schedule; 3) the defendant shall provide the probation officer access to any requested financial information; 3) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirements, if the defendant is taking employment related to bookkeeping, accounting or cash handling. Yolanda Silverio began supervision on February 28, 2005 and her anticipated expiration date is February 27, 2007.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

<u>Special Condition:</u> The defendant shall make payments of $500 monthly to commence at the beginning of supervised release.

Ms. Silverio's supervision commenced on February 28, 2005, she has made diligent efforts to see full-time employment. At this time Ms. Silverio is receiving cash assistance and food stamps through the City of Middletown until she can until she can gain full-time employment. However, on April 25, 2005, Ms. Silverio made a $100 payment towards her restitution.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for years, for a total term of years.
■ To modify the conditions of supervision as follows:

1) The defendant shall make restitution in the amount of $125,003. Restitution shall be paid in monthly installments of $100. The payment amount may change depending on the defendant's financial condition approved by the Court.

Ms. Silverio was offered the opportunity to discuss the change in her conditions with counsel. Ms. Silverio stated she has no objection to the change and was comfortable proceeding without counsel. Ms. Silverio has signed a Waiver of Hearing.

**ORDER OF COURT**

Considered and ordered this  23rd
day of 6, 2005 and ordered filed and made a part of the
records in the above case.

_____
The Honorable Christopher F. Droney
United States District Judge

Respectfully Submitted,

_____
Jennifer Amato
United States Probation Officer

Place: Hartford, Connecticut
Date: 5/9/05